# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:13-cv-00410-MR
# (CRIMINAL CASE NO. 3:02-cr-00137-MR-1)

| | |
|---|---|
| JAMES EDWARD ROSEBORO, ) ) Petitioner, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Hold Case in Abeyance [Doc. 3].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 3] is **GRANTED**, and this action shall be held in abeyance pending the Fourth Circuit Court of Appeal's resolution of Whiteside v. United States, No. 13-7152. The Government shall have 45 days from the issuance of the Fourth Circuit's mandate in Whiteside within which to file its response to Petitioner's motion to vacate.

**IT IS SO ORDERED.**

Signed: October 13, 2014

Martin Reidinger
United States District Judge