# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| **James Edward Roseboro,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:13-cv-410 |
| | ) | |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 20, 2015 Order.

May 20, 2015

*Frank D. Johns*